# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| NADIM SAID<br><br>**Plaintiffs**<br><br>**v.**<br><br>FIN TIME ADVENTURES, INC.; DAVID YOUNG et al<br><br>**Defendants** | **Civil No. 2017-cv-1182**<br><br>**Personal Injury; Diversity**<br>**Jury Trial Demanded** |

## SUMMONS IN A CIVIL ACTION

TO:     FIN TIME ADVENTURES, INC.
        487 Baldorioty de Castro St.
        Vieques, PR

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alberto J. Castañer
CASTANER LAW OFFICES P.S.C.
MAI Center
2000 Kennedy Ave, Ste 204
San Juan PR 00920

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:                                                                                   *CLERK OF COURT*

                                                                        *Signature of Clerk or Deputy Clerk*

Civil Action No. 2017-1182

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)*_____ .

☐     I personally served the summons on the individual at *(place)*_____
on *(date)* _____; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and
discretion who resides there, on *(date)* _____, and mailed a copy to the
individual's last known address; or

☐     I served the summons on *(name of individual)* _____
who is designated by law to accept service of process on behalf of *(name of
organization)*_____ on *(date)* _____; or

☐     I returned the summons unexecuted because_____; or

☐     Other *(specify):*


My fees are $ _____for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date: _____             _____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: